# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| PAULA DEANGELIS,<br><br>    Plaintiff,<br><br>    v.<br><br>BERNARDO HEES, JAGDEEP PAHWA, ANU HARIHARAN, LYNN KROMINGA, GLENN LURIE, KARTHIK SARMA, JOSEPH A. FERRARO, IZILDA P. MARTINS and SRS INVESTMENT MANAGEMENT LLC,<br><br>    Defendants,<br><br>AVIS BUDGET GROUP, INC.,<br><br>    Nominal Defendant. | No. 2:24-cv-05687-JXN-JSA<br><br>*Document Filed Electronically*<br><br>**[PROPOSED] ORDER** |

**THIS MATTER**, having been opened to the Court on the Motion of Defendants Bernardo Hees, Anu Hariharan, Lynn Krominga, Glenn Lurie, Joseph A. Ferraro, and Izilda P. Martins, and Nominal Defendant Avis Budget Group, Inc. (the "Motion"), seeking entry of an Order dismissing Plaintiff's Amended Verified Stockholder Derivative Complaint with prejudice; and the Court having considered the papers submitted in support of and in opposition to the Motion, and the arguments of counsel, and for good cause shown;

**IT IS HEREBY ORDERED**, on this ___ day of _____ 2025,

that the Motion is granted and all claims against them in the above-captioned matter are dismissed with prejudice.

                                                                      _____

                                                                       Hon. Julien Xavier Neals, U.S.D.J.