# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| PAULA DEANGELIS,<br><br>    Plaintiff,<br><br>    v.<br><br>BERNARDO HEES, JAGDEEP PAHWA, ANU HARIHARAN, LYNN KROMINGA, GLENN LURIE, KARTHIK SARMA, JOSEPH A. FERRARO, IZILDA P. MARTINS and SRS INVESTMENT MANAGEMENT LLC,<br><br>    Defendants,<br><br>AVIS BUDGET GROUP, INC.,<br><br>    Nominal Defendant. | No. 2:24-cv-05687-JXN-JSA<br><br>*Document Filed Electronically* |

## **CERTIFICATE OF SERVICE**

I, Samuel I. Portnoy, an attorney duly admitted to practice in this District, hereby certify that, on November 18, 2024, I caused a true copy of the foregoing Notice of Defendants' Motion to Dismiss Plaintiff's Amended Verified Stockholder Derivative Complaint with prejudice; Memorandum of Law in Support of Defendants' Motion to Dismiss; Declaration of Kristina A. Bunting in support of Defendants' Motion to Dismiss and exhibits thereto; Proposed Order; and Certificate of Service to be filed and served by CM/ECF in accordance with the District of New Jersey's Rules on electronic service and by e-mail to Lee Squitieri, Esq., of Squitieri

& Fearon, LLP, and Fletcher Moore, Esq., of Moore Law, PLLC, counsel for Plaintiff Paula DeAngelis.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I may be subject to punishment.

Dated: November 18, 2024

**GIBBONS P.C.**

*s/ Samuel I. Portnoy*
Samuel I. Portnoy
Michael V. Caracappa
One Gateway Center
Newark, New Jersey 07102-5310
(973) 596-4500
sportnoy@gibbonslaw.com
mcaracappa@gibbonslaw.com

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

Audra J. Soloway, Esq.
Jaren Janghorbani, Esq. (pro hac vice)
Matthew D. Stachel (pro hac vice)
Kristina A. Bunting, Esq. (pro hac vice)
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, New York 10019-6064
(212) 373-3289
asoloway@paulweiss.com
jjanghorbani@paulweiss.com
mstachel@paulweiss.com
kbunting@paulweiss.com

*Counsel for Defendants Bernardo Hees, Anu Hariharan, Lynn Krominga, Glenn Lurie, Joseph A. Ferraro, and Izilda P. Martins, and Nominal Defendant Avis Budget Group, Inc.*