**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| PAULA DEANGELIS,<br><br>Plaintiff,<br><br>v.<br><br>BERNARDO HEES, JAGDEEP PAHWA, ANU HARIHARAN, LYNN KROMINGA, GLENN LURIE, KARTHIK SARMA, JOSEPH A. FERRARO, IZILDA P. MARTINS and SRS INVESTMENT MANAGEMENT LLC,<br><br>Defendants,<br><br>AVIS BUDGET GROUP, INC.,<br><br>Nominal Defendant. | Case No.: 2:24-cv-05687-JXN-JSA<br><br>**NOTICE OF MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT** |

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law and Declaration of Lee Squitieri dated January 22, 2026 and the exhibits thereto and the proposed Second Amended Complaint annexed hereto, Plaintiff will move this Court at the Courthouse at Martin Luther King Building& U.S. Courthouse, 50 Walnut Street, Newark, New Jersey 07102, on February 17, 2026 at a time to be determined by the Court, or as soon thereafter as counsel can be heard, for an Order granting leave to file the proposed Amended Complaint pursuant Fed.

R. Civ. P. 15(a)(2) and the Court's Orders dated December 23, 2025 (ECF Nos. 71 and 72). The grounds for the motion are set forth in the accompanying Memorandum of Law.

Dated: January 22, 2026

SQUITIERI & FEARON, LLP

By: *<u>/s/ Olimpio Lee Squitieri</u>*

Olimpio Lee Squitieri
**SQUITIERI &FEARON, LLP**
lee@sfclasslaw.com
205 Hudson Street
7th Floor
New York, New York 10013
Telephone: (212) 421-6492
Facsimile: (212) 421-6553

Fletcher Moore
**MOORE LAW, PLLC**
fletcher@moorelaw.com
30 Wall Street, 8th Floor
New York, New York 10005
Telephone: (201) 709-8245

Attorneys for Plaintiff